# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Patricia LaFleur, et al.,** individually and as the representatives of a class of similarly situated persons, | Case No. 1:24-cv-1262 |
| | **JUDGE PAMELA A. BARKER** |
| Plaintiffs, | |
| -vs- | **JUDGMENT ENTRY** |
| **Yardi Systems, Inc.,** | |
| Defendant. | |

For the reasons stated in the Memorandum Order and Opinion filed contemporaneously herewith, Defendant Yardi Systems, Inc.'s Motion to Dismiss (Doc. No. 10) is GRANTED and the action is DISMISSED WITH PREJUDICE. The case is hereby TERMINATED.

IT IS SO ORDERED.

                                                            *s/Pamela A. Barker*
                                                         PAMELA A. BARKER
Date:  February 11, 2025                            U. S. DISTRICT JUDGE